

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendant–Appellee.

Keith Russell Judd, Texarkana, TX, pro se.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**UNITED STATES, Federal Bureau of Prisons, Federal Bureau of Investigation, U.S. Marshals Service, and U.S. Department of Justice, Defendants–Appellees.**

Nos. 2009–1295, 2009–1296.

United States Court of Appeals, Federal Circuit.

April 15, 2009.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, Defendant–Appellee.**

No. 2009–1297.

United States Court of Appeals, Federal Circuit.

April 15, 2009.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**FEDERAL PRISON INDUSTRIES, INC. BOARD OF DIRECTORS, Federal Bureau of Prisons, and U.S. Department of Justice, Defendants–Appellees.**

**No. 2009–1298.**

United States Court of Appeals, Federal Circuit.

April 15, 2009.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendants–Appellees.

Keith Russell Judd, Texarkana, TX, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

**Linda K. FERRIS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2009–3123.**

United States Court of Appeals, Federal Circuit.

April 16, 2009.

*ORDER*

Petitioner having filed the required Statement Concerning Discrimination, Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's March 25, 2009 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before May 7, 2009.